**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

EDILFREDO CHAVEZ,

    Petitioner,

vs.

ROBERT LeGRAND, *et al.*,

    Respondents.

3:14-cv-00373-RCJ-VPC

**ORDER**

In this habeas corpus action, the respondents filed a motion to dismiss on February 19, 2015 (ECF No. 20). On May 7, 2015, the petitioner, Edilfredo Chavez, filed an opposition to the motion to dismiss (ECF No. 22), along with a motion for stay (ECF No. 23). On June 5, 2015, respondents filed a reply in support of their motion to dismiss (ECF No. 26), and an opposition to the motion for stay (ECF No. 27). On June 12, 2015, Chavez filed a reply in support of his motion for stay (ECF No. 28).

On June 12, 2015, Chavez also filed a Motion for Leave to File Surreply (ECF No. 29), in which he requests leave of court to file a surreply, responding to respondents argument that respondents did not, by their silence, waive the requirement of exhaustion of state-court remedies with respect to Ground 2 of Chavez's amended habeas corpus petition. Chavez's proposed surreply is attached to his Motion for Leave to File Surreply. Good cause appearing, the court will grant that motion, and will allow the filing of the surreply.

However, as it appears that Chavez's argument in his surreply, that respondents waived the exhaustion requirement with respect to Ground 2 by their silence, may be contrary to 28 U.S.C. § 2254(b)(3) ("A State shall not be deemed to have waived the exhaustion requirement or be estopped from reliance upon the requirement unless the State, through counsel, expressly waives the requirement."), the court will grant respondents an opportunity to respond to Chavez's surreply.

There will be no further briefing of the motion to dismiss or the motion for stay.

**IT IS THEREFORE ORDERED** that petitioner's Motion for Leave to File Surreply (ECF No. 29) is **GRANTED**. Petitioner is granted leave of court to file his surreply in opposition to the motion to dismiss.

**IT IS FURTHER ORDERED** that the clerk of the court shall separately file the surreply (which is attached as an exhibit to the Motion for Leave to File Surreply (ECF No. 29).

**IT IS FURTHER ORDERED** that respondents may, within 10 days from the entry of this order, file a response to petitioner's surreply.

Dated this 16th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE