1

2

3

4

5    **UNITED STATES DISTRICT COURT**

6    **DISTRICT OF NEVADA**

7

8    EDILFREDO CHAVEZ,

9         Petitioner,                                    3:14-cv-00373-RCJ-VPC

10   vs.
                                                         **ORDER**
11   ROBERT LeGRAND, *et al.*,

12        Respondents.

13   _____/

14

15        This habeas corpus action was stayed on July 27, 2015, pending the petitioner's exhaustion of

16   claims in state court (ECF No. 33).

17        On October 13, 2016, the petitioner, Edilfredo Chavez, filed a motion to lift the stay

18   (ECF No. 39).  In that motion, Chavez states that the state-court proceedings have concluded.  On

19   October 26, 2016, respondents filed a response to the motion to lift stay (ECF No. 42), stating that

20   they do not oppose the motion.  Good cause appearing, the court will grant Chavez's motion to lift

21   the stay.

22        The court notes that, in the motion to lift the stay, Chavez makes no request for an

23   opportunity to amend his petition after the stay is lifted.  *See* Motion to Reopen Case (ECF No. 39),

24   p. 3 (requesting that respondents be ordered "to respond to Chavez's fully exhausted petition within

25   a reasonable period of time").  With this in mind, the court will also set a schedule for further

26   litigation of this action.

**IT IS THEREFORE ORDERED** that petitioner's Motion to Lift Stay (ECF No. 39) is **GRANTED**.  The stay of this action is vacated.  The Clerk of the Court shall reopen this case.

**IT IS FURTHER ORDERED** that the following schedule shall govern the further litigation of this action:

1.  Response to Petition.  Respondents shall have 60 days after the date of this order to file and serve an answer or other further response to petitioner's first amended petition for writ of habeas corpus (ECF No. 9).

2.  Reply and Response to Reply.  Petitioner shall have 45 days following service of an answer to file and serve a reply. Respondents shall thereafter have 30 days following service of a reply to file and serve a response to the reply.

3.  Briefing of Motion to Dismiss.  If respondents file a motion to dismiss, petitioner shall have 60 days following service of the motion to file and serve a response to the motion. Respondents shall thereafter have 30 days following service of the response to file and serve a reply.

4.  Discovery.  If petitioner wishes to move for leave to conduct discovery, petitioner shall file and serve such motion concurrently with, but separate from, the response to respondents' motion to dismiss or the reply to respondents' answer.  Any motion for leave to conduct discovery filed by petitioner before that time may be considered premature, and may be denied, without prejudice, on that basis.  Respondents shall file and serve a response to any such motion concurrently with, but separate from, their reply in support of their motion to dismiss or their response to petitioner's reply. Thereafter, petitioner shall have 20 days to file and serve a reply in support of the motion for leave to conduct discovery.

5.  Evidentiary Hearing.  If petitioner wishes to request an evidentiary hearing, petitioner shall file and serve a motion for an evidentiary hearing concurrently with, but separate from, the response to respondents' motion to dismiss or the reply to respondents' answer.  Any motion for an evidentiary hearing filed by petitioner before that time may be considered premature, and may be denied, without prejudice, on that basis.  The motion for an evidentiary hearing must specifically

2

1   address why an evidentiary hearing is required, and must meet the requirements of 28 U.S.C.

2   § 2254(e).  The motion must state whether an evidentiary hearing was held in state court, and, if so,

3   state where the transcript is located in the record. If petitioner files a motion for an evidentiary

4   hearing, respondents shall file and serve a response to that motion concurrently with, but separate

5   from, their reply in support of their motion to dismiss or their response to petitioner's reply.

6   Thereafter, petitioner shall have 20 days to file and serve a reply in support of the motion for an

7   evidentiary hearing.

8

9   DATED THIS ___12th day____ of December, _____, 2016.

10

11   _____

12   UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3