UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| EDILFREDO CHAVEZ, | Case No. 3:14-cv-00373-RCJ-VPC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| ROBERT LeGRAND, *et al.*, | |
| Respondents. | |

This action is a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by Edilfredo Chavez, a Nevada prisoner. The respondents filed an answer on April 30, 2018 (ECF No. 51). Chavez was then due to file a reply by June 14, 2018. *See* Order entered December 12, 2016 (ECF No. 43) (45 days for reply).

On June 12, 2018, petitioner filed a motion for an extension of time (ECF No. 52), requesting a 32-day extension of time for his reply, to July 16, 2018. This would be the first extension of this deadline. Petitioner's counsel states that the extension of time is necessary because of his obligations in other cases. Respondents do not oppose the motion for extension of time. The Court finds that petitioner's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that petitioner's Motion for Extension of Time (ECF No. 52) is **GRANTED**. Petitioner will have until **July 16, 2018**, to file a reply.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings in the order entered on December 12, 2016 (ECF No. 43) shall remain in effect.

DATED THIS 18th day of June, 2018.

_____
ROBERT C. JONES,
UNITED STATES DISTRICT JUDGE