UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EDILFREDO CHAVEZ,<br><br>                Petitioner,<br>    v.<br><br>ROBERT LeGRAND, *et al.*,<br><br>                Respondents. | Case No. 3:14-cv-00373-RCJ-VPC<br><br>ORDER |

This action is a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by Edilfredo Chavez, a Nevada prisoner. The respondents filed an answer on April 30, 2018 (ECF No. 51). Chavez filed a reply on July 16, 2018 (ECF No. 55). Respondents were then to file a response to the reply by August 15, 2018. *See* Order entered December 12, 2016 (ECF No. 43) (30 days for response to reply).

On August 15, 2018, Respondents filed a motion for an extension of time (ECF No. 56), requesting a 61-day extension of time for their response to the reply, to October 15, 2018. This would be the first extension of this deadline. Respondents' counsel states that the extension of time is necessary because she has only recently been assigned to handle this case, because of her obligations in other cases, and because of time away from her office. Petitioner does not oppose the motion for extension of time. The Court finds that Respondents' motion for extension of time is

1

made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Extension of Time (ECF No. 56) is **GRANTED**. Respondents will have until **October 15, 2018**, to file a response to the petitioner's reply.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings in the order entered on December 12, 2016 (ECF No. 43) will remain in effect.

DATED THIS 28th day of August, 2018.

_____
ROBERT C. JONES,
UNITED STATES DISTRICT JUDGE