UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Edilfredo Chavez,<br><br>    Petitioner<br><br>v.<br><br>Robert LeGrand, *et al.*,<br><br>    Respondents. | Case No. 3:14-cv-00373-RCJ-CBC<br><br>Order |

This action is a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by Edilfredo Chavez, a Nevada prisoner. The respondents filed an answer on April 30, 2018 (ECF No. 51). Chavez filed a reply on July 16, 2018 (ECF No. 55). After a 61-day extension of time, Respondents were due to file a response to Chavez's reply by October 15, 2018. *See* Order entered August 28, 2018 (ECF No. 57).

On October 15, 2018, Respondents filed a motion for an extension of time (ECF No. 59), requesting a further 30-day extension of time, to November 14, 2018, for their response to the reply. Respondents' counsel states that this second extension of time is necessary because of her obligations in other cases. Petitioner does not oppose the motion for extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 59) is **GRANTED**. Respondents will have until **November 14, 2018**, to file a response to the petitioner's reply.

1

1 | **IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings in the order entered on December 12, 2016 (ECF No. 43) will remain in effect.

DATED THIS 24 day of October, 2018.

ROBERT C. JONES,
UNITED STATES DISTRICT JUDGE